# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO.: 01-50102

VERSUS                                      JUDGE DONALD E. WALTER

VINCENT E. TATE (01)

## ORDER

Before the Court is a Motion for Early Termination of Supervised Release [Doc. #34], filed by Defendant Vincent E. Tate (01). Defendant Tate was convicted, pursuant to a guilty plea, on November 29, 2001, of conspiracy to possess with intent to distribute cocaine, having had a prior felony drug conviction, in violation of 21 U.S.C. §§ 841, 846, and 851. He was sentenced by this Court to a term of imprisonment of 240 months, followed by ten years of supervised release [Doc. #17]. Defendant's sentence was later reduced to 160 months, pursuant to the Government's motion under Federal Rule of Criminal Procedure 35 [Doc. #21]. In the instant motion, Defendant Tate seeks early termination of supervised release, arguing that he has fully complied with the terms of his supervision and has shown exemplary post-conviction behavior. The Court has confirmed Defendant Tate's compliance with the United States Probation Office, and the supervising officer has indicated that she has no objection to early release of this defendant. Specifically, the supervising officer recognizes that, since his release from the Bureau of Prisons on October 16, 2013, Defendant Tate has had no documented instances of non-compliance; has been gainfully employed at Goodwill Industries in El Dorado, Arkansas; has satisfied the special assessment, as ordered; and has submitted to drug tests on twenty-four (24) occasions with no positive results. The applicable statute, 18 U.S.C. § 3583(e)(1), provides:

The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)-- (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

Having considered the relevant factors, as well as the recommendation of the supervising probation officer, the Court finds that Defendant Tate's conduct and the interest of justice warrant early termination of supervised release. Accordingly, upon due consideration, Defendant's motion [Doc. #34] is hereby **GRANTED**.

The Clerk of Court shall forward a copy of this Order to both United States Probation Officer Haley M. Hudson, in the Western District of Arkansas, and Defendant Vincent E. Tate.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this _7_ day of _March_, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE